In the Matter of DONALD S. BAYLEY et al., Respondents, against WILLIAM B. ADAMS et al., Constituting the Zoning Board of Appeals of the Town of Bedford, et al., Respondents, and EMPIRE SAND & STONE CORPORATION, Appellant.

Argued March 4, 1952; decided April 17, 1952.

*John J. Dillon, Menahem Stim* and *Roy M. Cohn* for appellant.

*Joseph Henry Esser* for Donald S. Bayley and others, petitioners-respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.